FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MAY - 3 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GERALD FITZGERALD HUNTER, ) <br> ANDON DEMARCUS TEMPLER, ) <br> a/k/a Andon Temple, Antoine Temple, ) <br> KASHITA A. WEBB, ) <br> WALTER D. JUSTINIANO, ) <br> BRYAN KEITH WARREN, ) <br> DAVID WABRA-SAMAHI CAMPBELL, ) <br> DERON ANDRE DAVIS, a/k/a "Poo," ) <br> FORESTELL NORMAN SHEPPARD, and ) <br> SHANEISHA RAMONICA SETTLE, ) <br> ) <br> Defendants. ) | NO. <br><br> **4:17CR00198 JAR/PLC** |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Beginning sometime in September 2016, and continuing up to the date of this Indictment, with the exact dates unknown, within the Eastern District of Missouri, and elsewhere,

**GERALD FITZGERALD HUNTER,
ANDON DEMARCUS TEMPLER, a/k/a Andon Temple, Antoine Temple,
KASHITA A. WEBB,
WALTER D. JUSTINIANO,
BRYAN KEITH WARREN,
DAVID WABRA-SAMAHI CAMPBELL, and
DERON ANDRE DAVIS, a/k/a "Poo,"**

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree together with each other and other persons known and unknown to the Grand Jury, to commit the

following offenses against the United States: to distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of Fentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1),

All in violation of Title 21, United States Code, Section 846, and punishable under Title 21, United States Code, Section 841(b)(l)(C).

## COUNT II

The Grand Jury further charges that:

Beginning sometime in September 2016, and continuing up to the date of this Indictment, with the exact dates unknown, within the Eastern District of Missouri, and elsewhere,

**ANDON DEMARCUS TEMPLER, a/k/a Andon Temple, Antoine Temple,
FORESTELL NORMAN SHEPPARD, and
SHANEISHA RAMONICA SETTLE,**

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree together with each other and other persons known and unknown to the Grand Jury, to commit the following offenses against the United States: to distribute and possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1),

All in violation of Title 21, United States Code, Section 846, and punishable under Title 21, United States Code, Section 841(b)(l)(C).

## COUNT III

The Grand Jury further charges that:

On or about April 27, 2017, in St. Louis County, Missouri, within the Eastern District of Missouri,

2

**GERALD FITZGERALD HUNTER,
ANDON DEMARCUS TEMPLER, a/k/a Andon Temple, Antoine Temple,
KASHITA A. WEBB, and
WALTER D. JUSTINIANO,**

the defendants herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of Fentanyl, a Schedule I controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### **FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Sections 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 846 or 841 (a)(1), as set forth in Counts I, II and III, the Defendants shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to Defendants offenses.

3. Specific property subject to forfeiture includes, but is not limited to, the following:

    a.  approximately $2,700 - seized on or about April 27, 2017;

    b.  approximately $2,698 - seized on or about April 28, 2017;

    c.  approximately $5,000 - seized on or about April 28, 2017;

    d.  approximately $1,855 - seized on or about April 28, 2017;

    e.  approximately $5,000 - seized on or about April 28, 2017;

3

f.  approximately $11,750 - seized on or about April 28, 2017;

g.  approximately $23,835 - seized on or about April 28, 2017;

h.  a Glock 23 pistol, SN: AAMW155 - seized from 2945 Delmar, St. Louis, Missouri, on April 28, 2017;

i.  a Norinco SKS rifle 7.62 X 39 mm, SN: 2313054 - seized from 3840 Cote Brilliante, St. Louis, Missouri, on April 28, 2017;

j.  a Browning Hi-Power 9mm pistol, SN: 245NW61662 - seized from 3840 Cote Brilliante, St. Louis, Missouri, on April 28, 2017;

k.  a Bersa Thunder 9mm pistol, SN: F87470 - seized from 3840 Cote Brilliante, St. Louis, Missouri, on April 28, 2017;

l.  a Colt Mark IV 9mm pistol, SN: 70L09120 - seized from 3840 Cote Brilliante, St. Louis, Missouri, on April 28, 2017;

m.  a Hino tow truck, VIN: 5PVNJ8JP682S50324 - seized from 3840 Cote Brilliante, St. Louis, Missouri, on April 28, 2017;

n.  an Audi RS5, VIN: WAURV78T69A042323 - seized from 3840 Cote Brilliante, St. Louis, Missouri, on April 28, 2017;

o.  a Dodge Magnum, VIN: 2D4GV77306H201090 - seized from 3840 Cote Brilliante, St. Louis, Missouri, on April 28, 2017;

p.  a Sharp Aquos 4K-brand 75" television set - seized from 1282 Hodiamont, St. Louis, Missouri, on April 28, 2017; and

q.  a Philips 4K-brand 50" television set - seized from 1282 Hodiamont, St. Louis, Missouri, on April 28, 2017.

4.  If any of the property described above, as a result of any act or omission of the defendant(s):

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

                                        A TRUE BILL.


                                        _____
                                        FOREPERSON


CARRIE COSTANTIN
Acting United States Attorney


_____
ERIN O. GRANGER, #53593MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200