UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GERALD FITZGERALD HUNTER, | ) |
| ANDON DEMARCUS TEMPLER, | ) |
| a/k/a Andon Temple, Antoine Temple, | )  No. 4:17 CR 00198 JAR (PLC) |
| KASHITA A. WEBB, | ) |
| WALTER D. JUSTINIANO, | ) |
| BRYAN KEITH WARREN, | ) |
| DAVID WABRA-SAMAHI CAMPBELL, | ) |
| DERON ANDRE DAVIS, a/k/a "Poo," | ) |
| FORESTELL NORMAN SHEPPARD, and | ) |
| SHANEISHA RAMONICA SETTLE, | ) |
| | ) |
| Defendants. | ) |

### GOVERNMENT'S DISCLOSURE OF ARGUABLY SUPPRESSIBLE EVIDENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12(b)(4)

Comes now the United States of America, by and through its attorneys, Carrie Costantin, Acting United States Attorney for the Eastern District of Missouri, and Erin Granger, Assistant United States Attorney for said District, and makes the following disclosures pursuant to Rule 12(b)(4) of the Federal Rules of Criminal Procedure:

At trial, the government intends to use evidence seized and statements made by the defendants during the events described below.  This evidence and these statements are more fully set forth in investigative reports which will be made available to defendants.

The Government has listed all of the defendants that it believes could *possibly* argue standing to contest each matter, although the Government is in no way conceding that these individuals, in fact, have standing on these events.  Furthermore, the fact that certain defendants

are listed as associated with each event would not preclude any other defendant from claiming standing.

The government has not included in its listing of events the various physical surveillance that occurred or any photographs or videotapes taken during surveillance during the course of the investigation.  Additionally, the government has not listed any records obtained by subpoena.  It is the government's position that these events are not subject to suppression.  Additionally, the Government has *not* included any evidence it would seek to admit at trial pursuant to Fed. R. Evid. 404(b). Any such evidence shall form the basis for written notice in advance of trial in conformity with the Federal Rules of Evidence and the local rules established by this Court.

In connection with this filing, the Government moves for pretrial determination of admissibility of arguably suppressible evidence.[1]

| DATE | EVENT/ITEM | DEFENDANT(S) | WITNESS |
|---|---|---|---|
| Sept. 29, 2016 | Controlled purchase of fentanyl | Bryan Warren | Det. Tom Scanlon, SLMPD |
| Oct. 4, 2016 | Controlled purchase of fentanyl | Bryan Warren | Det. Tom Scanlon, SLMPD |
| Oct. 13, 2016 | Controlled purchase of fentanyl | Bryan Warren | Det. Tom Scanlon, SLMPD |
| Oct. 19, 2016 | Controlled purchase of fentanyl | Bryan Warren | Det. Tom Scanlon, SLMPD |

---

[1]The listing of a potential witness or witnesses is not meant to be all-inclusive.  As the date set for hearings approaches, the Government may add, substitute or delete witnesses for various reasons.

| Oct. 28, 2016 | Controlled purchase of fentanyl | Bryan Warren | Det. Tom Scanlon, SLMPD |
| --- | --- | --- | --- |
| Nov. 9, 2016 | Controlled purchase of fentanyl | Bryan Warren | Det. Tom Scanlon, SLMPD |
| Dec. 19, 2016 | Recorded calls, Controlled purchase of fentanyl | Bryan Warren | Det. Tom Scanlon, SLMPD |
| Jan. 6, 2017 | Precision Location Information Warrant (314) 591-6474[2] | Bryan Warren | DEA SA Jarryd Powell |
| Jan. 6, 2017 | Precision Location Information Warrant (314) 745-8680 | Bryan Warren | DEA SA Jarryd Powell |
| Jan. 12, 2017 | Recorded calls, Controlled purchase of fentanyl | Bryan Warren | Det. Tom Scanlon, SLMPD |
| Jan. 18, 2017 | Warrant for GPS device to be placed on 2016 black GMC Yukon | Bryan Warren | DEA Task Force Officer Daniel Plumb |
| Feb. 6, 2017 | Judicially authorized wiretap (314) 745-8680 (TT#1) | All defendants | DEA TFO Aaron Curl |
| Feb. 6, 2017 | Judicially authorized wiretap (314) 985-7486 (TT#2) | All defendants | DEA TFO Aaron Curl |
| Feb. 6, 2017 | Judicially authorized wiretap (314) 591-6474 (TT#3) | All defendants | DEA TFO Aaron Curl |
| Feb. 8, 2017 | Precision Location Information Warrant (213) 245-5785 | Bryan Warren | DEA TFO Daniel Plumb |
| Feb. 10, 2017 | Warrant for GPS device to be placed on 2017 silver Ford Expedition | Bryan Warren | DEA TFO Daniel Plumb |
| Feb. 10, 2017 | Traffic stop; identification of Andon Templer | Andon Templer | Ofc. Justin Gentilini, SLMPD |
| Feb. 14, 2017 | Precision Location Information Warrant (314) 484-3050 | None | DEA TFO Aaron Curl |
| Feb. 14, 2017 | Precision Location Information Warrant (314) 665-0315 | None | DEA TFO Aaron Curl |

---

[2] Many of the electronic surveillance orders issued in the instant case, including but not necessarily limited to precision location information orders and vehicle GPS orders, were extended by way of separate order.  While each Application and Order for extension is included in the discovery, the individual extension orders are not separately listed herein.

| Feb. 14, 2017 | Precision Location Information Warrant (314) 885-0836 | None | DEA TFO Daniel Plumb |
| --- | --- | --- | --- |
| Feb. 23, 2017 | Precision Location Information Warrant (618) 310-6265 | Andon Templer | DEA TFO Daniel Plumb |
| Feb. 28, 2017 | Warrant for GPS device to be placed on 2017 gray Chevrolet Suburban | Bryan Warren | DEA TFO Daniel Plumb |
| March 7, 2017 | Judicially authorized wiretap (314) 745-8680  (TT#1) | All defendants | DEA SA Jarryd Powell |
| March 7, 2017 | Judicially authorized wiretap (314) 985-7486  (TT#2) | All defendants | DEA SA Jarryd Powell |
| March 7, 2017 | Judicially authorized wiretap (314) 591-6474  (TT#3) | All defendants | DEA SA Jarryd Powell |
| March 7, 2017 | Judicially authorized wiretap (618) 310-6265 (TT#4) | All defendants | DEA SA Jarryd Powell |
| March 16, 2017 | Traffic stop of David Campbell; seizure of fentanyl; statement of David Campbell | David Campbell | Ofc. Joseph Scalzo, SLMPD |
| March 23, 2017 | Precision Location Information Warrant (812) 391-8478 | Andon Templer | DEA TFO Daniel Plumb |
| March 31, 2017 | Warrant for GPS device to be placed on 2016 black Mazda | Andon Templer | DEA TFO Daniel Plumb |
| April 4, 2017 | Judicially authorized wiretap (314) 985-7486  (TT#2) | All defendants | DEA SA Jarryd Powell |
| April 4, 2017 | Judicially authorized wiretap (314) 305-6298 (TT#5) | All defendants | DEA SA Jarryd Powell |
| April 4, 2017 | Judicially authorized wiretap (812) 391-8478 (TT#6) | All defendants | DEA SA Jarryd Powell |
| April 7, 2017 | Precision Location Information Warrant (314) 985-7486 | Bryan Warren | DEA SA Jarryd Powell |
| April 11, 2017 | Warrant for GPS device to be placed on 2012 black Infinity | Kashita Webb | DEA TFO Daniel Plumb |
| April 12, 2017 | Precision Location Information Warrant (314) 203-4811 | None | DEA TFO Daniel Plumb |
| April 13, 2017 | Recorded phone call with Deron Davis | Deron Davis | DEA TFO Daniel Plumb |

4

| April 13, 2017 | Recorded phone call with Bryan Warren | Bryan Warren | DEA TFO Daniel Plumb |
|---|---|---|---|
| April 15, 2017 | Recorded phone call with Deron Davis | Deron Davis | DEA TFO Daniel Plumb |
| April 15, 2017 | Recorded phone call with Bryan Warren | Bryan Warren | DEA TFO Daniel Plumb |
| April 17, 2017 | Recorded phone call with Bryan Warren; Controlled purchase of fentanyl | Bryan Warren | DEA TFO Daniel Plumb |
| April 19, 2017 | Traffic stop; seizure of cocaine | Forestell Sheppard | Ofc. Andrew Kelley, SLMPD |
| April 19, 2017 | Recorded call to Deron Davis | Deron Davis | DEA TFO Daniel Plumb |
| April 24, 2017 | Recorded call to Deron Davis | Deron Davis | DEA TFO Daniel Plumb |
| April 24, 2017 | Recorded call to Brian Warren; Seizure of U.S. currency; controlled purchase of fentanyl | Deron Davis Brian Warren | DEA TFO Daniel Plumb; DEA TFO Matt Main |
| April 24, 2017 | Precision Location Information Warrant (314) 305-6298 | Andon Templer | DEA SA Jarryd Powell |
| April 27, 2017 | Seizure of approximately 27 kilograms of fentanyl at 450 W. Washington, St. Louis, Missouri; traffic stop of Kashita Webb; seizure of cell phones, clothing items, and identification cards | Gerald Hunter Andon Templer Kashita Webb Walter Justiniano | DEA TFO Robert Lang;  DEA TFO Daniel Plumb |
| April 27, 2017 | Seizure of cellular telephones from Kashita Webb | Kashita Webb | DEA TFO Daniel Plumb; DEA TFO Robert Lang |
| April 27, 2017 | Seizure of cellular telephones from Chevrolet Traverse | Gerald Hunter Kashita Webb Walter Justiniano | DEA TFO Daniel Plumb; DEA TFO Robert Lang |
| April 27, 2017 | Statement of Shaneisha Settle | Shaneisha Settle | Det. Tom Scanlon, SLMPD |
| April 27, 2017 | Seizure of cellular telephones from Andon Templer | Andon Templer | DEA TFO Daniel Plumb; DEA TFO Aaron Curl |

| | | | |
|---|---|---|---|
| April 27, 2017 | Statement of Walter Justiniano | Walter Justiniano | DEA TFO Robert Lang;  DEA TFO Daniel Plumb |
| April 27, 2017 | Seizure of cellular telephones from Walter Justiniano | Walter Justiniano | DEA TFO Robert Lang |
| April 28, 2017 | Federal Search warrant executed at 1025 Lacouer Drive, Kirkwood, Missouri; seizure of documents, credit card and insurance card of Gerald Hunter, cellular telephones, drug paraphernalia, $23,835, and $11,750 | Gerald Hunter Andon Templer Kashita Webb | DEA  GS Brett Johnson;  DEA TFO Daniel Plumb |
| April 28, 2017 | Federal search warrant executed at 3840 Cote Brilliante, St. Louis, Missouri; seizure of fentanyl, drug paraphernalia, a Norinco SKS 7.62 x 39 rifle, a Browning Hi-Power 9 mm pistol, a Bersa Thunder 9 mm pistol, a Colt Mark IV 9mm pistol,  documents belonging to Kashita Webb, vehicles, and cell phones, | Andon Templer Kashita Webb | DEA SA Antwan Suttle;  DEA TFO Daniel Plumb |
| April 28, 2017 | Federal search warrant executed at 3838 Park Street, Apt 205, St. Louis, Missouri; seizure of drug paraphernalia, wrapping film, documents of Andon Templer and Kashita Webb, and drug ledger | Andon Templer Kashita Webb | DEA SA Bryson Wheeler;  DEA TFO Daniel Plumb |
| April 28, 2017 | Federal search warrant executed at 2945 Delmar, St. Louis, Missouri; seizure of drug paraphernalia, cellular telephones, a Glock model 23 .40 caliber semi-automatic handgun, $1,855 U.S. currency | Andon Templer Shaneisha Settle | DEA TFO Aaron Curl; DEA TFO Daniel Plumb |
| April 28, 2017 | Federal search warrant executed at Life Storage Unit 227, 450 W. Washington, Florissant, Missouri; seizure of drug paraphernalia | Gerald Hunter Andon Templer Kashita Webb Walter Justiniano | DEA TFO Daniel Plumb; DEA TFO Robert Lang |

| April 28, 2017 | Federal search warrant executed at 1282 Hodiamont, St. Louis, Missouri; seizure of drug paraphernalia, mail belonging to Brian Warren | Bryan Warren | DEA SA Bryson Wheeler; DEA TFO Dan Plumb |
|---|---|---|---|
| April 28, 2017 | Seizure of cellular telephones from vehicle utilized by Brian Warren | Brian Warren | DEA TFO Daniel Plumb |
| April 28, 2017 | Consent search at 469 Bacon, Webster Groves, Missouri; seizure of $2,698 U.S. currency, $5,000 U.S. currency, $5,000 U.S. currency, and cellular telephones | Bryan Warren | DEA GS Brett Johnson. DEA SA Matt McKnight |
| April 28, 2017 | Statement of Brian Warren | Brian Warren | DEA TFO Daniel Plumb |
| May 11, 2017 | Federal search warrant executed on cellular telephones | Gerald Hunter<br>Andon Templer<br>Kashita Webb<br>Brian Warren<br>Walter Justiniano | DEA SA Jarryd Powell |
| May 11, 2017 | Precision Location Information Warrant (323) 839-3012 | None | DEA SA Jarryd Powell |
| May 22, 2017 | Statement of Deron Davis | Deron Davis | DEA TFO Daniel Plumb |
| June 8, 2017 | Seizure of $74,250 U.S. currency | Bryan Warren | DEA TFO Daniel Plumb |

In addition to the above-referenced evidence, the government intends to admit at trial various documentary and/or business records, including but not necessarily limited to records obtained various providers of cellular telephone service.  It is the government's position that these records do not constitute "suppressible evidence," but inasmuch as the Court's order required disclosure of any "arguably suppressible evidence," the government hereby gives notification of its intent to admit evidence in the form of such business records.

As additional evidence is found, and as supplemental information comes to the government's attention, the government may choose not to use some evidence described, or to use

7

evidence additional to that listed in these reports.  If the government chooses to use additional evidence, a supplemental Rule 12(b)(4) notice, and/or a Notice of Intent to Seek the Admission of Evidence Pursuant to Federal Rule of Criminal Procedure 404(b) will be filed.

                                        Respectfully submitted,

                                        CARRIE COSTANTIN
                                        Acting United States Attorney

                                        *s/ Erin Granger*
                                        ERIN GRANGER, #53593MO
                                        Assistant United States Attorney
                                        111 South 10th Street, Room 20.33
                                        St. Louis, MO 63102
                                        (314) 539-2200

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 18, 2017 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record for all defendants.

                                          *s/ Erin Granger*
                                          ERIN GRANGER, #53593MO
                                          Assistant United States Attorney