UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S3-4:17CR00198 JAR |
| | ) | |
| GERALD FITZGERALD HUNTER, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S PROPOSED EXHIBIT LIST**

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Erin O. Granger, Stephen R. Casey, and James Redd, Assistant United States Attorneys for said District, and submits the following proposed exhibit list:

| **Exhibit#** | **Description** | **Foundation** | **Offered** | **Admitted** |
|---|---|---|---|---|
| 1 | drug evidence:  DEA Ex. 1 -- .27 grams of fentanyl, purchased by CS from Warren on 12-19-16 | | | |
| *1A* | *SLMPD Lab report - drug analysis re: DEA Ex. 1 (.27 grams fentanyl), 12-19-16* | | | |
| 1B | Stipulation re: SLMPD Criminalist Lauren Humphrey, as to DEA Ex. 1 and Ex. 2 | | | |
| 1C | Photo - drugs 12-19-16 | | | |
| 2 | drug evidence:  DEA Ex. 2 -- .40 grams of fentanyl, purchased by CS from Warren on 1-12-17 | | | |
| *2A* | *SLMPD Lab report - drug analysis re: DEA Ex. 2 (.40 grams fentanyl)* | | | |
| 2B | Photo - drugs 1-12-17 | | | |
| 3A & 3B | drug evidence:  DEA Ex. 3a & 3b -- 51.40 grams of fentanyl, seized from Campbell on 3-16-17 | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| *3C* | *SLMPD Lab report - drug analysis re: DEA Ex. 3a & 3b (51.40 grams fentanyl)* | | | |
| 3D | Stipulation re: SLMPD Criminalist Christina Hayes, as to DEA Ex. 3 | | | |
| 3E | Photo - drugs seized from Campbell (.pdf) | | | |
| 3F | Photo - rearview of Nissan with tint (IMG_0031) | | | |
| 3G | Photo - console removed with exposed compartment (IMG_0042) | | | |
| 3H | Photo - table display of seized items (IMG_0050) | | | |
| 4 | drug evidence:  DEA Ex. 4 -- 47.4 grams of fentanyl, seized from Warren to Campbell on 4-17-17 | | | |
| *4A* | *DEA Lab report - drug analysis re: DEA Ex. 4 (47.4 grams fentanyl)* | | | |
| 4B | Stipulation re: DEA Forensic Chemist Brianna McCarthy, as to DEA Ex. 4 | | | |
| 5 | drug evidence:  DEA Ex. 5 -- 54.59 grams of cocaine, seized from Forestell Sheppard on 4-19-17 | | | |
| *5A* | *SLMPD Lab report #1 - drug analysis re: DEA Ex. 5 (54.59 grams cocaine), 4-20-17* | | | |
| 5B | SLMPD Lab report #2 - drug analysis re: DEA Ex. 5 (54.59 grams cocaine), 4-20-17 | | | |
| 5C | Stipulation re: SLMPD Chemist Christina Hayes, as to DEA Ex. 5 | | | |
| 6 | drug evidence:  DEA Ex. 6 -- 488.3 grams of fentanyl, seized from Warren to Campbell on 4-24-17 | | | |
| *6A* | *DEA Lab report - drug analysis re: DEA Ex. 6 (488.3 grams fentanyl)* | | | |
| 6B | Stipulation re: DEA Forensic Chemist Brianna McCarthy, as to DEA Ex. 6 | | | |
| 6C | photo of $30,500 used to purchase fentanyl from Warren on 4-24-17 (N-28) | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 7-1 | drug evidence: Box of 1 (of 2) (bearing DEA ID #1067328) - containing 27,969.3 grams of fentanyl [re: DEA Ex. 7 -- 26.5 kilograms of fentanyl, seized on 4-27-17] | | | |
| 7-1A | Photo - drugs - SLMPD Brick 1 | | | |
| 7-1B | Photo - drugs - boxes sealed | | | |
| 7-1C | Photo - drugs - bulk seizure 1 | | | |
| 7-1D | Photo - drugs - bulk seizure 3 | | | |
| 7-1E | Photo - drugs - bulk seizure 5 | | | |
| 7-1F | Photo - drugs - bulk seizure 6 | | | |
| 7-1G | Photo - drugs - bulk seizure 2 | | | |
| 7-1H | Photo - drugs - threshold 2 | | | |
| 7-2 | drug evidence: Box of 2 (of 2) (bearing DEA ID #1067326) - containing 4,487.8 grams of fentanyl [re: DEA Ex. 7 -- 26.5 kilograms of fentanyl, seized on 4-27-17] | | | |
| 7-3 | drug evidence: Bag (bearing DEA ID # M000173965), consisting of SLMPD evidence bag containing 983.71 grams of fentanyl [re: DEA Ex. 7 -- 26.5 kilograms of fentanyl, seized on 4-27-17] | | | |
| 7A | bag containing fentanyl (DEA Ex. N-77) | | | |
| 7B | *DEA Lab report - drug analysis re: DEA Ex. 7 (26.5 kilograms fentanyl)* | | | |
| 7B-1 | Stipulation re: DEA Senior Forensic Chemist Timothy Hust, as to DEA Ex.7 (25.9 kilograms of fentanyl) | | | |
| 7C | *SLMPD Lab report - drug analysis re: DEA Ex. 7 (983.71 grams fentanyl)* | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 7C-1 | Stipulation re: SLMPD Criminalist Christina Hayes, as to DEA Ex.7 (983.71 grams of fentanyl) | | | |
| 7D-1 | DEA Lab report - fingerprint anaylsis, re: DEA Ex. 7 (2 pieces of green plastic wrap, 2 green plastic wrapped bundles with white tape attached, and 25 green plastic wrapped bundles) | | | |
| 7D-2 | Latent location photos (2) | | | |
| 7D-3 | CLP Documentation (2) | | | |
| 7D-4 | Fingerprint cards (2) | | | |
| 7D-5 | Latent Print Details Report | | | |
| 7D-6 | Latent Print Matrix Report -redacted | | | |
| 8A | photo - inside blue duffel bag (IMG_2601) [re: Life Storage / arrest / fentanyl seizure, 4-27-17] | | | |
| 8B | photo - inside black duffel bag (IMG_2602) | | | |
| 8C | photo - passenger floorboard (IMG_2599) | | | |
| 8D | photo - inside pouch  (IMG_2600) | | | |
| 9 | drug evidence:  DEA Ex. 9 -- 20.7 grams of fentanyl, seized on OSG tow lot on 4/27/17 | | | |
| 9A | *DEA Lab report - drug analysis re: DEA Ex. 9 (20.7 grams fentanyl)* | | | |
| 9B | Stipulation re: DEA Forensic Chemist Brianna McCarthy, as to DEA Ex. 9 | | | |
| 10 | *DEA Lab report re: DEA-Atlanta Ex. 1 (.94 grams fentanyl seized 12-7-17)  [drugs destroyed]* | | | |
| 10A | Stipulation re: DEA Forensic Chemist Marsha Collins, as to DEA-Atlanta Ex. 1 | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 11 | Certified business records of Downtown LA Motors Nissan | | | |
| 11A | Purchase records re: 2010 Nissan Rogue | | | |
| 11B | Purchase records re: 2014 Nissan Rogue | | | |
| 12 | [OPEN] | | | |
| 13 | [OPEN] | | | |
| 14 | drug evidence:  DEA Ex. 14 -- 1.09 grams of fentanyl, seized on 5/21/18 | | | |
| 14A | DEA-Atlanta Lab report - drug analysis re: DEA-Atlanta Ex. 14 (1.09grams fentanyl) | | | |
| 14B | Stipulation re: DEA Senior Forensic Chemist Sara Manney, as to DEA Exhibit 14 | | | |
| 15 | Binder containing the court-authorized Title III documents re: Target Telephones #1, #2 and #3 (initial) [02/06/2017 - 03/07/2017] | | | |
| 16 | Binder containing the court-authorized Title III documents re: Target Telephones #1-3 (1X) and #4 (initial) [03/07/2017 - 04/05/2017] | | | |
| 17 | Binder containing the court-authorized Title III documents re: Target Telephones #2, #5, and #6 [04/05/2017 - 05/03/2017] | | | |
| 18A | one Blu-Ray Disc (314) 745-6680 (**TT1**) (calls) (DEA Ex. N-12) | | | |
| 18B | one Blu-Ray Disc (314) 745-6680 (**TT1**) (texts) (DEA Ex. N-12a) | | | |
| 18C | one compact disc (314) 745-6680 (**TT1**) (linesheets, pen) (DEA Ex. N-12b) | | | |
| 19A | one Blu-Ray Disc (314) 985-7486 (**TT2**) (calls) (DEA Ex. N-95) | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 19B | compact disc (314) 985-7486 (**TT2**) (linesheets, pen)<br>(DEA Ex. N-95a) | | | |
| 20A | one Blu-Ray Disc (314) 591-6474 (**TT3**) (calls)<br>(DEA Ex. N-9) | | | |
| 20B | one compact disc (314) 591-6474 (**TT3**)<br>(linesheets, pen) (DEA Ex. N-9a) | | | |
| 21A | one Blu-Ray Disc (618) 310-6265 (**TT4**) (calls)<br>(DEA Ex. N-13) | | | |
| 21B | one compact disc (618) 310-6265 (**TT4**)<br>(linesheets, pen)<br>(DEA Ex. N-13a) | | | |
| 22A | one Blu-Ray Disc (314) 305-6298 (**TT5**) (calls)<br>(DEA Ex. N-97) | | | |
| 22B | one compact disc (314) 305-6298 (**TT5**) (line sheets, pen)<br>(DEA Ex. N-97a) | | | |
| 23A | one Blu-Ray Disc (812) 391-8478 (**TT6**) (calls)<br>(DEA Ex. N-96) | | | |
| 23B | one compact disc (812) 391-8478 (**TT6**) (line sheets, pen)<br>(DEA Ex. N-96a) | | | |
| 24 | DISC: selected T3 calls (.wav) occurring to/from 618-310-6265 (TT4), authorized on 3-7-17 | | | |
| 24A | Title III call of TT4 - Session #00571 (intercepted on 3-14-17 at 4:23 p.m.) | | | |
| 24A-1 | Transcript of TT4 - Session #00571 (3-14-17 at 4:23 p.m.) | | | |
| 25 | DISC:  selected T3 call (.wav) occurring to/from 314-305-6298 (TT5), authorized on 4-4-17 and amended on 4-5-17 | | | |
| 25A | Title III call - Session #1685 (intercepted on 4-27-17 at 2:43 p.m.) | | | |
| 25A-1 | Transcript of Session #1685 (4-27-17 at 2:43 pm) | | | |
| 25B | Title III call - Session #1688 (intercepted on 4-27-17 at 2:52 p.m.) | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 25B-1 | Transcript of Session #1688 (4-27-17 at 2:52 p.m.) | | | |
| 26 | Verizon records ("2134074335_Act_Deact_Dates.xlsx") re: subscriber information for Hunter's phone 213-407-4335 | | | |
| 26A | Certification - Verizon re: subscriber information re: Hunter's phone 213-407-4335 | | | |
| 27 | Pen Data/Toll records ("tolls 213-407-4335.xlsx") re: Hunter's phone (213) 407-4335 | | | |
| 28 | [OPEN] | | | |
| 29 | [OPEN] | | | |
| 30 | Search warrant and Return re: Life Storage, 450 W. Washington, Unit 227, St. Louis, MO Cause No. 4:17MJ06095 PLC, 4-28-17 | | | |
| 31A | blue duffel bags (DEA Ex. N-72) | | | |
| 31B | black duffel bags (DEA Ex. N-72) | | | |
| 31C | receipt in duffel bags (DEA Ex. N-72) | | | |
| 32 | one pair black Gucci flip flops (DEA Ex. N-69) | | | |
| 33 | one black Burberry Brit coat (DEA Ex. N-68) | | | |
| 33A | money clip located inside black coat (N-86) | | | |
| 33B | California driver's license of Gerald Hunter and other cards located inside black coat (N-86) | | | |
| 34 | photo of money located inside black coat (DEA Ex. N-74a) | | | |
| 35 | black "TUMI" pouch with miscellaneous cards (DEA Ex. N-71) | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 35A | Receipt in name of Gerald Hunter | | | |
| 35B | Nissan of Downtown LA business card | | | |
| 35C | Gucci business card | | | |
| 35D | LP Logistics business card | | | |
| 35E | N.W.B. Entertainment business card in name of Gerald Hunter | | | |
| 35F | Envoy Mortgage in name of Temne Hardaway | | | |
| 36 | brown/tan-colored backpack containing miscellaneous tools (DEA Ex. N-76) | | | |
| 37 | set of key ring and rental agreement (DEA Ex. N-102) | | | |
| 38A | Blackberry cell phone seized from passenger floorboard (DEA Ex. 104.01) | | | |
| 38B | Alcatel flip cell phone seized from passenger floorboard (DEA Ex. N-104.02) | | | |
| 38C | Kyocera flip phone cell phone seized from passenger floorboard (DEA Ex. N-104.03) | | | |
| 39A | black Apple i-Phone seized from inside center console (DEA Ex. N-107.01) | | | |
| 39B | Kyocera Blackberry cell phone seized from inside center console (DEA Ex. (N-107.02) | | | |
| 39B-1 | Hunter communications (pgs. 1-28 only, re: N-107.02) | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 40 | black Apple i-Phone seized from K. Webb's person at Storage Locker<br>(DEA Ex. N-106) | | | |
| 41 | plastic wrap and duct tape- seized from storage locker<br>(N-60) | | | |
| 42A | photo - front of storage locker Unit 227 at Life Storage<br>(DSC 04078) | | | |
| 42B | photo - inside of storage locker-overview - Unit 227<br>(DSC 04077) | | | |
| 42C | photo - inside of storage locker-mattress -located in Unit 227<br>(DSC 04079) | | | |
| 42D | photo - closeup of box located in Unit 227<br>(DSC 04081) | | | |
| 42E | photo - another closeup of a box located in Unit 227<br>(DSC 04089) | | | |
| 42F | photo - inside storage locker, bottom of furniture in Unit 227<br>(DSC 04107) | | | |
| 42G | photo - bottom of piece of furniture in Unit 227<br>(DSC 4080) | | | |
| 42H | photo - box of items in Unit 227<br>(DSC 04084) | | | |
| 42I | photo - inside of other box of items in Unit 227<br>(DSC 04085) | | | |
| 42J | photo - metal wheel in Unit 227<br>(DSC 04086) | | | |
| 42K | photo - glass item in Unit 227<br>(DSC 04088) | | | |
| 42L | photo - mixing cooler in Unit 227<br>(DSC 04090) | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 42M | photo - inside piece of furniture in Unit 227 (DSC 04094) | | | |
| 42N | photo - other angle  of furniture in Unit 227 (DSC 04099) | | | |
| 42O | photo - inside of other piece of furniture in Unit 227 (DSC 04095) | | | |
| 42P | photo - closeup of piece of furniture in Unit 227 (DSC 04097) | | | |
| 42Q | photo - inside closet in Unit 227 (DSC 04101) | | | |
| 42R | photo - drawers and green plastic wrap in Unit 227 (DSC 04102) | | | |
| 42S | photo - plastic wrap and tape in Unit 227 (DSC 04103) | | | |
| 42T | photo - rental agreement for Unit 227- Webb (IMG_1645) | | | |
| 42U | photo - Uncle Bob's self-storage paperwork (IMG_1646) | | | |
| 42V | photo - Life storage paperwork signed by Hendrix (IMG_1649) | | | |
| 42W | photo - Life storage receipt (IMG_1650) | | | |
| 43 | map overview - area of Life Storage, 450 W. Washington, Florissant, MO | | | |
| 44 | [OPEN] | | | |
| 45 | Search warrant and Return re: 2945 Delmar, St. Louis, MO Cause No. 4:17MJ06092 PLC, 4-28-17 | | | |
| 46 | bottle of Lactose (10) | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 47 | 2 electronic scales and weights (DEA Ex. N-35) | | | |
| 48 | 2 steel/chrome-colored hydraulic presses (DEA Ex. N-42) | | | |
| 49 | 2 steel/chrome-colored hydraulic presses (DEA Ex. N-42) | | | |
| 50A | Photos of cell phone 1 (wire phone) from Templer (N-109.01) | | | |
| 50B | Photos of cell phone 2 from Templer (N-109.02) - (photos of N-109.02) | | | |
| 50C | Photos of cell phone 3 from Templer (N-109.03) - (photos of N-109.03) | | | |
| 51 | cell phone seized from vehicle (N-110) | | | |
| 52 | miscellaneous documents seized from 2945 Delmar (N-111) | | | |
| 52A | photocopy of documents from N-111, re: furniture - Bills of Lading - Allied Van Lines | | | |
| 52B | photocopy of documents from N-111, re: carhaulers - Bills of Lading - Fast Car Hauling, Golden Empire Express | | | |
| 53A | photo - outside door to 2945 Delmar (IMG_0080) | | | |
| 53B | photo - inside closet at 2945 Delmar (IMG_0094) | | | |
| 53C | photo - press found inside closet at 2945 Delmar (IMG_0109) | | | |
| 54 | [OPEN] | | | |
| 55 | Search warrant and Return re: OSG Towing, 3840 Cote Brilliante, St. Louis, MO Cause No. 4:17MJ06091 PLC, 4-28-17 | | | |
| 56 | red bag containing a mechanical press- seized at OSG Towing (11) | | | |
| 56A | plastic screw bottle of lactose removed from N-11- seized at OSG Towing (11) | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 57 | black bag with bullet style grinder- seized at OSG Towing (12) | | | |
| 57A | plastic screw bottle of lactose removed from 12- seized at OSG Towing (DEA Ex. N-12a) | | | |
| 58 | small digital scale- seized at OSG Towing (DEA Ex. N-52) | | | |
| 59 | large digital scale- seized at OSG Towing (DEA Ex. N-53) | | | |
| 60 | box of sandwich bags- seized at OSG Towing (DEA Ex. N-54) | | | |
| 61 | documents in name of Kashita Webb (DEA Ex. N-55) | | | |
| 62 | mechanical press- seized at OSG Towing (13) | | | |
| 63 | documents (vehicle title, insurance docs), seized from Templer's Audi at OSG Towing, 3840 Cote Brilliante (DEA Ex. N-114) | | | |
| 64A | photo - exterior bay doors of OSG Towing (IMG _0012) | | | |
| 64B | photo - knotted plastic bag containing controlled substance (inside glove), digital scale and ziploc bags, located in drawer - OSG Towing (IMG _0026) | | | |
| 64C | photo - closeup of knotted plastic bag containing controlled substance (inside glove), digital scale and ziploc bags, located in drawer - OSG Towing (IMG _0030) | | | |
| 64D | photo - bottle of Lactose located in red bag (IMG _0040) | | | |
| 64E | photo - closeup of bottle of Lactose located in red bag (IMG _0043) | | | |
| 64F | photo - bottle of Lactose located in black bag (IMG _0041) | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 64G | photo - closeup of bottle of Lactose located in black bag (IMG _0042) | | | |
| 65 | Search warrant and Return re: 1025 Lacouer, St. Louis, MO<br>Cause No. 4:17MJ06090 PLC, 4-28-17 | | | |
| 66 | Macy's credit card in name Gerald Hunter (also insurance card - Gerald Hunter and miscellaneous keys)<br>(DEA Ex. N-82) | | | |
| 67 | black electronic scale and drug ledger<br>(DEA Ex. N-84) | | | |
| 68 | Royal Sovereign money counter<br>(DEA Ex. N-85) | | | |
| 69 | rubber bands around money<br>(DEA Ex. N-70) | | | |
| 70A | photo - outside of 1025 Lacoeur<br>(DSCN5766) | | | |
| 70B | photo - bureau with backpack<br>(DSCN5790) | | | |
| 70C | photo - opening of backpack<br>(DSCN5792) | | | |
| 70D | photo - money counter in backpack<br>(DSCN5793) | | | |
| 70E | photo - shelf with sealing bags<br>(IMG_0476) | | | |
| 70F | photo - sealer<br>(IMG_0480) | | | |
| 70G | photo - closeup of sealer<br>(IMG_0481) | | | |
| 70H | photo - food saver bag<br>(IMG_0477) | | | |
| 70I | photo - box of food saver bags<br>(IMG_0478) | | | |
| 70J | photo - black bag with money<br>(DSCN5795) | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 70K | photo - Macy's and insurance ID in name of Gerald Hunter (IMG_1203) | | | |
| 70L | photo - phone, digital scale with misc. papers (IMG_1204) | | | |
| 70M | photo - drug ledger on State Farm envelope (IMG_1205) | | | |
| 70N | photo - upper bureau drawer with money (IMG_0026) | | | |
| 70O | photo - lower bureau drawer (IMG_0027) | | | |
| 70P | photo - closeup lower bureau drawer with money in stacks (IMG_0028) | | | |
| 70Q | photo - closeup of lower bureau drawer with money stacks spread out (IMG_0029) | | | |
| 70R | photo - money on top of bureau (IMG_0030) | | | |
| 70S | photo - drawer with bills, paperwork (IMG_0031) | | | |
| 70T | photo - drug ledger on Academy Bank envelope (IMG_0038) | | | |
| 71 | Webb Consent to Search phone (N-106) | | | |
| 72A-1 | Email between Webb and Madison, dated 10-22-14 | | | |
| 72A-2 | Email between Webb and Madison, dated 12-4-14 | | | |
| 72A-3 | Email between Webb and Madison, dated 3-5-14 | | | |
| 72A-4 | Email between Webb and Madison, dated 7-12-15 | | | |
| 72A-5 | Email between Webb and Madison, dated 8-27-15 - BPASS | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 72A-6 | Email between Webb and Madison, dated 8-27-15 - BPASS 2 | | | |
| 72A-7 | Email between Webb and Madison, dated 1-23-16 - GH PASS | | | |
| 72A-8 | Email between Webb and Madison, dated 1-23-16 - WJ PASS | | | |
| 72A-9 | Email between Webb and Madison, dated 2-18-16 | | | |
| 72A-10 | Email between Webb and Madison, dated 7-15-16 | | | |
| 72A-11 | Email between Webb and Madison, dated 10-14-16 | | | |
| 72A-12 | Email between Webb and Madison, dated 12-15-16 | | | |
| 72A-13 | Email between Webb and Madison, dated 9-21-15 | | | |
| 72A-14 | Email between Webb and Madison, dated 9-23-15 | | | |
| 72B | Text messages between Webb and Madison | | | |
| 73A | Hunter invoice | | | |
| 73B | Hunter invoice 2 | | | |
| 74A | Smith, Kashita (Quote 2194) Estimate order for service | | | |
| 74A-1 | cashier's check for $4,068 | | | |
| 74B | Smith, Kashita (Quote 2194) Primary Data info | | | |
| 74C | Smith, Kashita (Quote 2194) Shipper Inventory | | | |
| 74D | cashier's check for $3,573 | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 75 | Search warrant and Return re: 3838 Park, Unit 205, St. Louis, MO<br>Cause No. 4:17MJ06093 PLC, 4-28-17 | | | |
| 76 | digital scale<br>(DEA Ex. N-61) | | | |
| 77 | 2 rolls of commercial plastic wrapping film on rollers<br>(DEA Ex. N-62) | | | |
| 78 | 3M personal respirator<br>(DEA Ex. N-63) | | | |
| 79 | mail (and miscellaneous paperwork) from 3838 Park St., for K. Webb<br>(DEA Ex. N-64) | | | |
| 80A | photo - outside of 3838 Park<br>(IMG_0424) | | | |
| 80B | photo - 205 apartment door<br>(IMG_0427) | | | |
| 80C | photo - closet with men's clothes hanging<br>(IMG_434) | | | |
| 80D | photo - money counter box<br>(IMG_443) | | | |
| 80E | photo - air respirator<br>(IMG_0452) | | | |
| 80F | photo - ziplock bags in boxes inside lower drawer<br>(IMG_0453) | | | |
| 80G | photo - scale box inside cabinet<br>(IMG_0455) | | | |
| 80H | photo - closeup of scale box<br>(IMG_0459) | | | |
| 80I | photo - sealer bag on floor<br>(IMG_0457) | | | |
| 80J | photo - backpack, sealer and sealer bags<br>(IMG_0460) | | | |
| 80K | photo - piece of paper<br>(IMG _0456) | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 81 | AT&T Z22 cellular flip phone<br>(DEA Ex. 99) | | | |
| 82 | Verizon HTC cellular phone<br>(DEA Ex. N-100) | | | |
| 83 | Apple i-Phone<br>(DEA Ex. N-101) | | | |
| 84 | [OPEN] | | | |
| 85 | Search warrant and Return re: 1282 Hodiamont,<br>St. Louis, MO<br>Cause No. 4:17MJ07104 SPM, 4-18-17 | | | |
| 86 | brown plastic bag containing multiple ziploc bags<br>(DEA Ex. N-92) | | | |
| 87 | digital scale<br>(DEA Ex. N-93) | | | |
| 88 | AT&T LG cell phone (IMEI # 014464005820708)<br>(DEA Ex. N-78) | | | |
| 89 | Samsung Galaxy S6 cell phone (no additional info)<br>(DEA Ex. N-79) | | | |
| 90 | Samsung Galaxy J1 cell phone (phone # 314-502-4569)<br>(DEA Ex. N-80) | | | |
| 91A | photo - exterior of residence - 1282 Hodiamont<br>(IMG _0001) | | | |
| 91B | photo - digital scale, ziploc bags located inside<br>1282 Hodiamont<br>(IMG _0012) | | | |
| 92 | [OPEN] | | | |
| 93 | SW and Return re: Target Devices 1-24<br>Cause No. 4:17MJ01146 JMB, signed 5-11-17 | | | |
| 94 | [OPEN] | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 95 | Search warrant - CDCA, re: 1041 S. Citrus Ave., Los Angeles, CA<br>Cause No. 2:18MJ01828 SK, 7-16-18 | | | |
| 96 | Photographs of N-124 - $82,321<br>(DEA Ex. N-124b) | | | |
| 97 | passport photos of Gerald Hunter, seized from Hardaway's bedroom<br>(DEA Ex. N-130) | | | |
| 98A | photo - money in bags in closet located at 1041 S. Citrus Ave., Los Angeles, CA<br>(DSC_0084) | | | |
| 98B | photo - Hunter's passport photo, docs located inside drawer at 1041 S. Citrus Ave., Los Angeles, CA<br>(DSC_0088) | | | |
| 99 | [OPEN] | | | |
| 100A | photo - outside view of 3931 W. 58th Pl., Los Angeles, CA | | | |
| 100B | photo - kitchen of 3931 W. 58th Pl., Los Angeles, CA | | | |
| 100C | photo - bathroom of 3931 W. 58th Pl., Los Angeles, CA | | | |
| 101 | DISC:  consensual recorded call by CS, speaking with T. Hardaway - Session #0068 (4-3-18 at 1:40 p.m.) | | | |
| 101A | Transcript of Session #0068 (4-3-18 at 1:40 p.m.) | | | |
| 102 | DISC:  consensual recorded call by CS, speaking with T. Hardaway - Session #0069 (4-3-18 at 1:45 p.m.) | | | |
| 102A | Transcript of Session #0069 (4-3-18 at 1:45 p.m.) | | | |
| 103 | DISC (full recording and clips):  consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.) | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 103-1 | CLIP #1 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.) [_____-_____] | | | |
| 103-1A | Transcript of CLIP #1 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.) [_____-_____] | | | |
| 103-2 | CLIP #2 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.) [_____-_____] | | | |
| 103-2A | Transcript of CLIP #2 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.) [_____-_____] | | | |
| 103-3 | CLIP #3 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.) [_____-_____] | | | |
| 103-3A | Transcript of CLIP #3 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.) [_____-_____] | | | |
| 103-4 | CLIP #4 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.) [_____-_____] | | | |
| 103-4A | Transcript of CLIP #4 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.) [_____-_____] | | | |
| 103-5 | CLIP #5 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.) [_____-_____] | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 103-5A | Transcript of CLIP #5 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-6 | CLIP #6 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-6A | Transcript of CLIP #6 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-7 | CLIP #7 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-7A | Transcript of CLIP #7 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-8 | CLIP #8 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-8A | Transcript of CLIP #8 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-9 | CLIP #9 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-9A | Transcript of CLIP #9 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 103-10 | CLIP #10 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-10A | Transcript of CLIP #10 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-11 | CLIP #11 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-11A | Transcript of CLIP #11 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-12 | CLIP #12 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-12A | Transcript of CLIP #12 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-13 | CLIP #13 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-13A | Transcript of CLIP #13 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-14 | CLIP #14 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 103-14A | Transcript of CLIP #14 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-15 | CLIP #15 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-15A | Transcript of CLIP #15 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-16 | CLIP #16 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-16A | Transcript of CLIP #16 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-17 | CLIP #17 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 103-17A | Transcript of CLIP #17 re: consensual recorded meeting (audio) between CS and T. Hardaway (5-23-18 at 2:13 p.m.)<br>[_____-_____] | | | |
| 104 | Copy of Driver's license Kenyatta Slade | | | |
| 105 | Photo of Priority Mail 2-day box | | | |
| 106 | USB thumbdrive (DOJ Card #0048715) containing USPS video files [player (.exe), converted files (.avi), and clips (.mp4)] indicating T. Hardaway at post office | | | |
| 106A | Clip of video re:<br>CH03 - CLIP 164030-164147 (05-18-18, 1600-1737).mp4 | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 106B | Clip of video re:<br>CH04 - CLIP 164030-164147 (05-18-18, 1600-1737).mp4 | | | |
| 106C | Stipulation Kurt Higgins, USPIS, re: USPS security camera footage - 5/18/18 | | | |
| 107A | photo - 3931 W. 58th Pl. - 08/2007 | | | |
| 107B | photo - 3931 W. 58th Pl. - 05/2012 | | | |
| 107C | photo - 3931 W. 58th Pl. - 03/2015 | | | |
| 107D | photo - 3931 W. 58th Pl. - 12/2017 | | | |
| 107E | photo - 3931 W. 58th Pl. - 02/2019 | | | |
| 108 | [OPEN] | | | |
| 109 | [OPEN] | | | |
| 110 | [OPEN] | | | |
| 111 | Consent to search Apt. 1533, signed by Hunter, 5-12-20 | | | |
| 112 | [OPEN] | | | |
| 113A | Photo of $220,786<br>(DEA Ex. N-147a) | | | |
| 113B | Rubber bands around money<br>(DEA Ex. N-147b) | | | |
| 114A | black Alcatel flip phone<br>(DEA Ex. N-150) | | | |
| 114B | silver LG smart phone with blue case<br>(DEA Ex. N-151) | | | |
| 114C | 2nd silver LG smart phone<br>(DEA Ex. N-152) | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 114D | 3rd silver LG smart phone<br>(DEA Ex. N-153) | | | |
| 114E | black LG smart phone with pink case<br>(DEA Ex. N-154) | | | |
| 114F | black LG smart phone with purple case<br>(DEA Ex. N-155) | | | |
| 114G | 2nd black Alcatel flip phone<br>(DEA Ex. N-156) | | | |
| 114H | 3rd black Alcatel flip phone<br>(DEA Ex. N-157) | | | |
| 114I | 4th black Alcatel flip phone<br>(DEA Ex. N-158) | | | |
| 114J | 5th black Alcatel flip phone<br>(DEA Ex. N-159) | | | |
| 114K | silver iPhone<br>(DEA Ex. N-160) | | | |
| 115 | flash drive<br>(DEA Ex. N-161) | | | |
| 116 | [OPEN] | | | |
| 117 | [OPEN] | | | |
| 118 | [OPEN] | | | |
| 119 | [OPEN] | | | |
| 120 | driver's license and California ID, seized re: Hunter arrest<br>(DEA Ex. N-162) | | | |
| 121 | documents, seized re: Hunter arrest<br>(DEA Ex. N-163) | | | |
| 121A | prescription label in name of Howard Harrison<br>(DEA Ex. N-163) | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 121B | lab report in the name of Delano Young (DEA Ex. N-163) | | | |
| 121C | handwritten notes (DEA Ex. N-163) | | | |
| 121D | typed up notes (DEA Ex. N-163) | | | |
| 121E | screenplay (3 documenmts) (DEA Ex. N-163) | | | |
| 122 | Louis Vuitton bag (DEA Ex. N-164) | | | |
| 123A | photo - phones - Hunter's arrest | | | |
| 123B | photo - IDs | | | |
| 123C | photo - IDs and business cards | | | |
| 123D | photo - medical records re: Delano Young | | | |
| 123E | photo - prescription for Howard Harriston | | | |
| 123F | photo - phones and IDs | | | |
| 123G | photo - bag | | | |
| 123H | photo - bag and money | | | |
| 123I | photo - bag and packaged money | | | |
| 123J | photo - bricks | | | |
| 123K | photo - notes | | | |
| 123L | photo - typed notes on hustling | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 123M | photo - screenplay | | | |
| 123N | photo - bedroom | | | |
| 123O | photo - bedroom -closeup | | | |
| 123P | photo - money | | | |
| 123Q | photo - Hunter | | | |
| 124 | [OPEN] | | | |
| 125 | Certified copy of G. Hunter's prior conviction | | | |
| 126-149 | [OPEN] | | | |
| 150 | Certified Copy_Grant Deed for property known as 3931 W 58th Place, Los Angeles CA  90043 from Joseph Childress and Ronald Omar Green to Temne Hardaway dated February 21, 2017_Escrow File 4095_DL | | | |
| 151 | Certified Copy_Grant Deed for property known as 3931 W 58th Place, Los Angeles CA  90043 from Temne Hardaway to Second Chance Financing, LLC dated July 26, 2017_Escrow File 4095_DL | | | |
| 152 | California Secretary of State business records in reference to Second Chance Financing, LLC_ (CASOS File #201505410290)_1296 S. La Brea, Los Angeles CA 90019_formed February 18, 2015 | | | |
| 153 | California Secretary of State business records in reference to Stone Realty & Associates LLC (CASOS File #200514710057)_19207 S. Andmark, Carson CA 90746_formed May 24, 2005 | | | |
| 154 | California Secretary of State business records in reference to Cornerstones & Associates Corp. (CASOS File C3696033)_2560 W 54th Street, Los Angeles CA_formed July 22, 2014 | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|----------|-------------|------------|---------|----------|
| 155 | Better Escrow Service Escrow File for Escrow No. 004095-DL for the sale of 3931 West 58th Place, Los Angeles, CA 90043 | | | |
| 155A | Email from Temne Hardaway to Danielle Love_Dated 02_21_2017_Open Escrow File 3931 West 58th | | | |
| 155B | Better Escrow Service_Purchase Agreement and Joint Escrow Instructions Escrow No. 004095-DL _3931 West 58th Place, Los Angeles, CA 90043_Dated February 21, 2017_Total Consideration $650,000.00 | | | |
| 155C | Better Escrow Service_Receipts and Disbursements Listing_May 23, 2017_Escrow No. 004095-DL_Buyer/Borrower Temne Hardaway | | | |
| 155D | Better Escrow Service_Receipt of Funds Wired In #2456_Escrow No. 004095-DL_February 23, 2017_Temne Hardaway_$14,000.00 | | | |
| 155E | Better Escrow Service_Receipt of Funds Wired In #2457_Escrow No. 004095-DL_February 23, 2017_Second Chance Financing, LLC_$26,000.00 | | | |
| 155F | Better Escrow Service_Receipt of Funds Wired In #2458_Escrow No. 004095-DL_February 23, 2017_Temne Hardaway_$9,000.00 | | | |
| 155G | Better Escrow Service_Receipt of Funds Wired In #2459_Escrow No. 004095-DL_February 23, 2017_Cornerstone & Associates Corp fbo Hardaway_$100,000.00 | | | |
| 155H | Better Escrow Service_Receipt of Funds Wired In #2462_Escrow No. 004095-DL_February 24, 2017_Stone Realty  Corp fbo Temne Hardaway_$106,000.00 | | | |
| 155I | Better Escrow Service_Receipt of Funds Wired In #2464_Escrow No. 004095-DL_February 24, 2017_Second Chance Financing, LLC $10,127.00 | | | |
| 155J | Better Escrow Service_Receipt 710_Escrow No. 004095-DL_February 24, 2017_Louise A. Harris_BOA CC 1675712294_$9,500.00_Purchased 02/22/2017 | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 155K | Better Escrow Service_Receipt 711_Escrow No. 004095-DL_February 24, 2017_Michelle Harris_First Financial Credit Union CC 02910913_$9,000.00_Purchased 02/23/2017 | | | |
| 155L | Better Escrow Service_Receipt 712_Escrow No. 004095-DL_February 24, 2017_Michelle Harris_First Entertainment Credit Union CC 33254697_$9,000.00_Purchased 02/24/2017 | | | |
| 155M | Better Escrow Service_Receipt 713_Escrow No. 004095-DL_February 24, 2017_Louise Harris_California Credit Union CC 707380_$9,500.00_Purchased 02/24/2017 | | | |
| 155N | Better Escrow Service_Third Party Deposit Letter for Escrow_004095-DL_from Second Chance Financing, LLC_dated February 23, 2017, in reference to the receipt of $36,127.00 signed by Temne Hardaway, Owner. | | | |
| 155O | Better Escrow Service_Third Party Deposit Letter for Escrow_004095-DL_Louise A Harris_dated February 23, 2017, in reference to the receipt of $28,000 signed Louise A. Harris | | | |
| 155P | Better Escrow Service_Third Party Deposit Letter for Escrow_004095-DL_from Cornerstone and Associates_dated February 24, 2017, in reference to the receipt of $100,000.00 signed Ron Cunningham | | | |
| 155Q | Better Escrow Service_Third Party Deposit Letter for Escrow_004095-DL_Michelle Harris_dated February 24, 2017, in reference to the receipt of $18,000 signed Michelle Harris | | | |
| 155R | Better Escrow Service_Third Party Deposit Letter for Escrow_004095-DL_from Stone Realty_dated February 24, 2017, in reference to the receipt of $106,000.00 signed Ron Cunningham | | | |
| 155S | Better Escrow Service_Vesting Form_Escrow 00409f-DL signed Temne Hardaway | | | |
| 155T | Better Escrow Service_Request for Outgoing Bank Wire Transfer_Escrow 004095-DL_dated March 2, 2017 for $292,284.85 for the benefit of J Childress and R Green | | | |
| 155U | Email from T. Hardaway re: mother coming to deliver checks | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 155V | Email from T. Hardaway to BES_July 17, 2017_Transfer 3931 W. 58th Place to Second Chance Financing, LLC | | | |
| 156 | California Secretary of State business records in reference to Stone Realty & Associates Inc. (CASOS File #C4037412)_139 South Beverly Dr., Suite 331 Beverly Hills CA 90212_formed June 16, 2017 | | | |
| 160 | Bank of America account records including statements_Credits_Debits_for _Louise A. Harris_BOA Checking Account ending in #77005 & BOA Savings Account ending in #471085 for the period 01/01/2016 through February 28, 2018 | | | |
| 160A | Signature Cards_Louise A. Harrris Bank of America Checking Account ending in #77005 & BOA Savings Account ending in #471085_signed November 9, 2009 | | | |
| 160B | Account Statement dated February 1,2017 - February 28, 2017_Louise A. Harrris BOA Checking Account ending in #77005 & BOA Savings Account ending in #471085 | | | |
| 160C | Bank of America Global Payments Reporting for US Wire Transfers for Louise A. Harrris BOA Checking Account ending in #77005 & BOA Savings Account ending in #471085 resulting in a $9,000.00 wire transfer from Harrris BOA Savings Account ending in #471085 on February 22, 2017 to Better Escrow Service Trust Account | | | |
| 160D | Bank of America Cash In Debit dated 02/22/2017 13:10 in amount $9,500 purchase BOA CC 1675712294 payable to Better Escrow Services_Remitter: Louise A. Harris | | | |
| 160E | Cancelled Copy_ BOA CC 1675712294 payable to Better Escrow Services_Remitter: Louise A. Harris | | | |
| 161 | Bank of America account records including account statements_credits_debits_Temne Hardaway_BOA Checking Account ending in #49691 & BOA Savings Account ending in #99294 for the period 12/05/2016 through January 26, 2018 | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 161A | Signature Cards Temne Hardaway BOA Checking Account ending in #49691 & BOA Savings Account ending in #99294 signed Temne Hardaway_December 5, 2016 | | | |
| 161B | Account Statement for period January 27, 2017 - February 23, 2017 BOA Checking Account ending in #49691 & BOA Savings Account ending in #99294 | | | |
| 161C | $1,645.00 Deposit and Deposit Item made to Hardaway BOA Checking Account ending in #49691 on January 30, 2017 | | | |
| 161D | $9,971.00 Deposit and Deposit Item made to Hardaway BOA Checking Account ending in #49691 on February 16, 2017 | | | |
| 161E | Bank of America Global Payments Reporting for US Wire Transfers for BOA Checking Account ending in #49691 & BOA Savings Account ending in #99294 resulting in $14,000.00 wire from Hardaway BOA Checking Account ending in #49691 on February 23, 2017 to Better Escrow Service Trust Account | | | |
| 162 | Bank of America account records including account statements_credits_debits_Second Chance Financing LLC BOA Business Fundamental Checking Account ending in #81131 for the period January 1, 2016 through January 31, 2018 | | | |
| 162A | Signature Card Second Chance Financing LLC BOA Business Fundamental Checking Account ending in #81131 | | | |
| 162B | Account Statement for period February 1, 2017 - February 28, 2017 for Second Chance Financing LLC BOA Business Fundamental Checking Account ending in #81131 | | | |
| 162C | $25,500 Deposit and Deposit Item made to Second Chance Financing LLC BOA Business Fundamental Checking Account ending in #81131 February 22, 2017_[$9,000 Cash_$7,000 Louise Harris First Financial Credit Union Cashier's Check #2910792 purchased February 16, 2017_$9,500 Michell Harris First Entertainment Credit Union Check #33254318] | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 162D | Bank of America Global Payments Reporting for US Wire Transfers for BOA Business Fundamental Checking Account ending in #81131 resulting in $26,000.00 wire from Second Chance Financing LLC BOA Business Fundamental Checking Account ending in #81131 on February 23, 2017 to Better Escrow Service Trust Account | | | |
| 162E | $9,000 Cash Deposit made to Second Chance Financing LLC BOA Business Fundamental Checking Account ending in #81131 on February 24, 2017 | | | |
| 162F | $100.00 Cash Deposit made to Second Chance Financing LLC BOA Business Fundamental Checking Account ending in #81131 on February 24, 2017 | | | |
| 162G | Bank of America Global Payments Reporting for US Wire Transfers for BOA Business Fundamental Checking Account ending in #81131 resulting in $10,127.00 wire from Second Chance Financing LLC BOA Business Fundamental Checking Account ending in #81131 on February 24, 2017 to Better Escrow Service Trust Account | | | |
| 163 | California Credit Union (CCU) account records including account statements_credits_debits_for _ Louise A Harris Regular Checking Account ending in #629706 and Savings Account ending in 601012 for the period January 1, 2016 through January 31, 2018 | | | |
| 163A | Signature Cards_Louise A. Harrris CCU Louise A Harris and Savings Account ending in 601012 signed May 15, 2009 | | | |
| 163B | Signature Cards_Louise A. Harrris CCU Louise A Harris Regular Checking Account ending in #629706 signed July 7, 2009 | | | |
| 163C | Account Statement for period February 1, 2017 - February 28, 2017 for Louise A Harris Regular Checking Account ending in #629706 and Savings Account ending in 601012 | | | |
| 163D | $9,500.00 Cash Deposit made to Louise A Harris Regular Checking Account ending in #629706 on February 22, 2017 @ 1:56 pm  [95 x $100.00 Bills] | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 163E | $9,500.00 Withdrawal made to Louise A Harris Regular Checking Account ending in #629706 on February 22, 2017 @ 1:57 pm to purchase CCU Cashier's Check 707380 in the amount $9500.00 payable to Better Escrow Service | | | |
| 163F | Deposit Slips and Deposit Items for Louise A Harris Savings Account ending in 601012 | | | |
| 163G | Deposit Slips and Deposit Items for Louise A Harris Regular Checking Account ending in #629706 | | | |
| 163H | Cancelled Checks for Louise A Harris Regular Checking Account ending in #629706 | | | |
| 164 | ZB NA d.b.a. California Bank & Trust (CB&T) Account Records  for Cornerstone & Associates Business Essential Checking Account ending in 98021 | | | |
| 164A | Signature Card_Cornerstone &Associates CB&T Business Essential Checking Account ending in 98021 signed August 14, 2014. | | | |
| 164B | Account Statement for period February 1, 2017 – February 28, 2017 Cornerstone &Associates CB&T Business Essential Checking Account ending in 98021 | | | |
| 164C | $100,000.00 cash deposit made to Cornerstone &Associates CB&T Business Essential Checking Account ending in 98021 on February 23, 2017 at 12:40 pm | | | |
| 164D | CB&T record of $100,000.00 wire transfer from Cornerstone &Associates CB&T Business Essential Checking Account ending in 98021 on February 23, 2017 to Better Escrow Service Trust Account for Escrow 04095-DL | | | |
| 165 | JPMorgan Chase Bank (JPMC) account records including account statements_credits_debits_for Stone Realty & Associates, LLC Business Checking Account ending in 38872 | | | |
| 165A | Signature Card_Signature Card Stone Realty & Associates, LLC JPMC Business Checking Account ending in 38872 signed July 21, 2017 | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 165B | Account Statement for period February 1, 2017 - February 28, 2017 for Stone Realty & Associates, LLC JPMC Business Checking Account ending in 38872 | | | |
| 165C | $60,000 Deposit and Deposit Item made to Stone Realty & Associates, LLC JPMC Business Checking Account ending in 38872 on February 22, 2017 [JPMC CC 9561208617 dated 3/17/2016 $10,000, JPMC CC 9561208618 dated 3/17/2016 $10,000, JPMC CC 9561208619 dated 3/17/2016 $10,000, JPMC CC 9561210920 dated 11/14/2016 $10,000, JPMC CC 9561210921 dated 11/14/2016 $10,000, JPMC CC 9561210922 dated 11/14/2016 $10,000] | | | |
| 165D | $36,000 Deposit and Deposit Item made to Stone Realty & Associates, LLC JPMC Business Checking Account ending in 38872 on February 22, 2017 [BOA CC 0987603294 dated February 22, 2017, for $36,000 payable to Tavo Deon Simmons endorsed and co-endorsed Stone Realty & Associates, LLC] | | | |
| 165E | JPMC record of wire transfer from JPMC Business Checking Account ending in 38872 on February 23, 2017 to Better Escrow Service Trust Account for Escrow 04095-DL | | | |
| 165F | $116,300 Deposit and Deposit Item made to Stone Realty & Associates, LLC JPMC Business Checking Account ending in 38872 on February 25, 2017 [$96,300 Cash, JPMC CC 9556208213 $10,000 payable to Tavo Deon Simmons; BOA CC 0987603294 dated February 22, 2017 endorsed and co-endorsed Stone Realty & Associates, LLC, JPMC CC 9556208215 $10,000 payable to Tavo Deon Simmons; BOA CC 0987603294 dated February 22, 2017 endorsed and co-endorsed Stone Realty & Associates, LLC] | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|----------|-------------|------------|---------|----------|
| 165G | $60,000 Withdrawal Item made to to Stone Realty & Associates, LLC JPMC Business Checking Account ending in 38872 on February 25, 2017. Withdrawal purchased JPMC CC 9561211864 payable to Ron Cunningham_$10,000.; JPMC CC 9561211865 payable to Ron Cunningham_$10,000; JPMC CC 9561211866 payable to Ron Cunningham_$10,000; JPMC CC 9561211867 payable to Ron Cunningham_$10,000; JPMC CC 9561211868 payable to Ron Cunningham_$10,000; JPMC CC 9561211869 payable to Ron Cunningham_$10,000 | | | |
| 165H | $40,000 Witdrawal Item made to to Stone Realty & Associates, LLC JPMC Business Checking Account ending in 38872 on February 25, 2017. Withdrawal purchased JPMC CC 9561211870 payable to Ron Cunningham_$10,000.; JPMC CC 9561211871 payable to Ron Cunningham_$10,000; JPMC CC 9561211872 payable to Ron Cunningham_$10,000; JPMC CC 9561211873 payable to Ron Cunningham_$10,000 | | | |
| 166 | First Entertainment Credit Union (FECU) account records including account statements_credits_debits_ Michelle Harris Value Checking Account ending in 294-80 & First 500 Savings Account ending in 294-00 for period May 6, 2016 through February 28, 2017 | | | |
| 166A | Signature Card Michelle Harris FECU Value Checking Account ending in 294-80 & First 500 Savings Account ending in 294-00 signed May 6, 2016 | | | |
| 166B | Account Statement for period February 1, 2017 - February 28, 2017 for Michelle Harris FECU ending in 294-80 & First 500 Savings Account ending in 294-00 | | | |
| 166C | $9,500.00 Cash Deposit made to Michelle Harris FECU Value Checking Account ending in 294-80 on February 21, 2017 10:23 am [91 x $100 bills / 8 $50.00 bills] | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 166D | $9,500.00 Withdrawal made to Michelle Harris FECU Value Checking Account ending in 294-80 on February 21, 2017 10:23 to purchase FECU CC 33254318 in the amount $9500.00 payable to Second Chance Financing. | | | |
| 166E | $9,000.00 Cash Deposit made to Michelle Harris FECU Value Checking Account ending in 294-80 on February 24, 2017 13:09 [90 x $100 bills ] | | | |
| 166F | $9,005.00 Withdrawal made to Michelle Harris FECU Value Checking Account ending in 294-80 on February 24, 2017 13:09 to purchase FECU CC 33254697 in the amount $9,000.00 payable to Better Escrow Services | | | |
| 167 | First Financial Credit Union (FFCU) account records including account statements_credits_debits_ Michelle Harris account ending in 230-00 for the period February 23, 2017 –  February 28, 2018 | | | |
| 167A | Signature Card Michelle Harris FFCU account ending in 230-00 signed February 23, 2017 | | | |
| 167B | Account Statement for period February 23, 2017 – March 31, 2017 for Michelle Harris FFCU account ending in 230-00 | | | |
| 167C | $100.00 Cash Deposit made to Michelle Harris FFCU account ending in 230-00 on February 23, 2017 at 2:30 pm | | | |
| 167D | $9,000.00 Cash Deposit made to Michelle Harris FFCU account ending in 230-00 on February 23, 2017 at 2:36 pm [89 x $100 bills_2 x$50.00 bills] | | | |
| 167E | $9,000.00 Withdrawal made to Michelle Harris FFCU account ending in 230-00 on February 23, 2017 at 2:39 pm to purchase FFCU Check 2910913 in the amount of $9,000.00 payable to Better Escrow Services | | | |
| 168 | First Financial Credit Union (FFCU) account records including account statements_credits_debits_ Louise Harris Savings account ending in 3650-00 and Checking account ending in 3650-08 for the period January 1, 2016 – February 28, 2018 | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 168A | Signature Card Michelle Harris FFCU Louise Harris Savings account ending in 3650-00 and Checking account ending in 3650-08 signed December 11, 1990 | | | |
| 168B | Account Statement for period February 1, 2017 – February 28, 2017 for Louise Harris FFCU Savings account ending in 3650-00 and Checking account ending in 3650-08 | | | |
| 168C | $7,000.00 Cash Deposit made to Louise Harris FFCU Checking account ending in 3650-08 on February 16, 2017 at 3:48 pm [45 x $100.00 bills_50 x $50.00 bills] | | | |
| 168D | $7,000.00 Withdrawal made to Michelle Harris FFCU account ending in 230-00 on February 16, 2017 at 3:48 pm to purchase FFCU Check 2910792 in the amount of $7,000.00 payable to Second Chance Financing | | | |
| 169 | [OPEN] | | | |
| 170 | Department of Treasury, Internal Revenue Service Records in reference to Temne Hardaway for 2014-2017 | | | |
| 170A | Temne Hardaway 2014, Federal Form 1040 | | | |
| 170B | Temne Hardaway 2015, Federal Form 1040 | | | |
| 170B | Temne Hardaway 2016, Federal Form 1040 | | | |
| 170D | Temne Hardaway Master File Transcript | | | |
| 171 | Department of Treasury, Internal Revenue Service Second Chance Financing Form 3040 Lack of Record 2014, 2015, 2016 | | | |
| 172 | Department of Treasury, Internal Revenue Service Records in reference Gerald F & Angela M Hunter | | | |
| 172 | Department of Treasury, Internal Revenue Service Records Gerald F & Angela M Hunter 2014, Joint Federal | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 172 | Department of Treasury, Internal Revenue Service Records Gerald F & Angela M Hunter Joint 2015 Federal | | | |
| 172 | Department of Treasury, Internal Revenue Service Records Gerald F & Angela M Hunter Form 3040 Lack of Record 2016 | | | |
| 173 | Department of Treasury, Internal Revenue Service Records in reference Cornerstone & Associates Corp | | | |
| 173A | Department of Treasury, Internal Revenue Service Records in reference Cornerstone & Associates Corp 2014, Federal Form 1120 | | | |
| 173B | Department of Treasury, Internal Revenue Service Records in reference Cornerstone & Associates Form 3040 Lack of Record 2015, 2016 | | | |
| 173C | Department of Treasury, Internal Revenue Service Records in reference Cornerstone & Associates Master File Transcript 2014, 2015, 2016, 2017 | | | |
| 174 | Department of Treasury, Internal Revenue Service Records in reference Stone Realty & Associates Master Transcript 2014, 2015, 2016, 2017 | | | |
| 175 | Department of Treasury, Internal Revenue Service Records in reference Ronald Cunningham | | | |
| 175 | Department of Treasury, Internal Revenue Service Records in reference Ronald Cunningham Master File 2014, Through 2016 | | | |
| 175 | Ronald Cunningham Form 3040 Lack of Record 2014, 2015, 2016 | | | |
| 176 | Department of Treasury, Internal Revenue Service Records in reference Louise Harris | | | |
| 176A | Louise Harris 2014, Federal Form 1040 | | | |
| 176B | Louise Harris 2015, Federal Form 1040 | | | |
| 176C | Louise Harris 2016, Federal Form 1040 | | | |
| 176D | Louise Harris 2017, Master File | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 177 | Department of Treasury, Internal Revenue Service Records in reference Michelle Harris | | | |
| 177A | Michelle Harris Form 3040 Lack of Record 2014, 2015, 2016, 2017 | | | |
| 177B | Michelle Harris Master Transcript | | | |
| 178 | [OPEN] | | | |
| 179 | [OPEN] | | | |
| 180 | Demonstrative:   Purchase of 3931 W. 58th Place, Los Angeles, CA_Closing Dated: Feburary 28, 2017 (ppt) | | | |
| 181 | Excel Spreadsheet_SUMMARY of Louise Harris Bank of America Checking Account ending in 77005 for the period January 4, 2016 – December 28, 2017 [ref: EX 160] | | | |
| 181A | Excel Spreadsheet_SUMMARY of Louise Harris Bank of America Checking Account ending in 77005_Deposits made in Chicago, Illinois Metro Area [ref: EX 160] | | | |
| 181B | Excel Spreadsheet_SUMMARY of Louise Harris Bank of America Checking Account ending in 77005 for the period January 31, 2017 – February 28, 2017 [ref: EX 160] | | | |
| 182 | Excel Spreadsheet_SUMMARY of Louise Harris Bank of America Savings Account ending in 71085 for the period January 4, 2016 – December 31, 2017 [ref: EX 160] | | | |
| 182A | Excel Spreadsheet_SUMMARY of Louise Harris Bank of America Savings Account ending in 71085 for the period January 4, 2017 – February 28, 2017 [ref: EX 160] | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 183 | Excel Spreadsheet_SUMMARY of Temne Hardaway Bank of America Checking Account ending in 49691 for the period December 28, 2016 – January 26, 2018 [ref: EX 161] | | | |
| 183A | Excel Spreadsheet_SUMMARY of Temne Hardaway Bank of America Checking Account ending in 49691 for the period December 28, 2016 – February 23, 2017 [ref: EX 161] | | | |
| 184 | Excel Spreadsheet_SUMMARY of Temne Hardaway Bank of America Savings Account ending in 99294 for the period December 5, 2016 – January 26, 2018 [ref: EX 161] | | | |
| 185 | Excel Spreadsheet_SUMMARY of Second Chance Finance, LLC Bank of America Checking Account ending in 81131 for the period January 6, 2016 – January 30, 2018 [ref: EX 162] | | | |
| 185A | Excel Spreadsheet_SUMMARY of Second Chance Finance, LLC Bank of America Checking Account ending in 81131_ Deposits made in Chicago, Illinois Metro Area [ref: EX 162] | | | |
| 185B | Excel Spreadsheet_SUMMARY of Second Chance Finance, LLC Bank of America Checking Account ending in 81131 for the period January 6, 2017 – February 28, 2017 [ref: EX 162] | | | |
| 186 | Excel Spreadsheet_SUMMARY of Cornerstone and Associates, Corp California Bank & Trust Business Checking Account ending in 98021 for the period December 31, 2016 - December 31, 2017 [ref: EX 164] | | | |
| 186A | Excel Spreadsheet_SUMMARY of Cornerstone and Associates, Corp California Bank & Trust Business Checking Account ending in 98021 for the period December 31, 2016 - June 30, 2017 [ref: EX 164] | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 187 | Excel Spreadsheet_SUMMARY of Stone Realty and Associates, LLC JPMorgan Chase Business Checking Account ending in 98021 for the period December 31, 2016 - June 30, 2017<br>[ref: EX 165] | | | |
| 188 | Excel Spreadsheet_SUMMARY of Michelle Harris First Entertainment Savings Account ending in 294-00 for the period May 6, 2016 – February 28, 2017<br>[ref: EX 166] | | | |
| 189 | Excel Spreadsheet_SUMMARY of Michelle Harris First Entertainment Checking Account ending in 294-80 for the period May 6, 2016 – February 28, 2017<br>[ref: EX 166] | | | |
| 189A | Excel Spreadsheet_SUMMARY of Michelle Harris First Entertainment Checking Account ending in 294-80 for the period May 6, 2016 – February 28, 2017<br>[ref: EX 166] | | | |
| 190 | SUMMARY of Deposits made to Louis Harris BOA Checking account ending in 77005/Summary of Deposits made to Second Chance Financing, LLC BOA Business Checking account ending in 81131.  It all depends on it Erin decides to get in the information from the CS conversation with Hardaway on 5/23/2018.  According to the transcript, Hardaway indicates they are send packages to buyers in Chicago where fentanyl brings top dollar | | | |
| 191-199 | [OPEN] | | | |
| 200 | Southwest records for Gerald HUNTER and Walter JUSTINIANO | | | |
| 200A | Southwest records for HUNTER, 4-27-17 | | | |
| 200B | Southwest records for JUSTINIANO, 4-27-17 | | | |
| 200C | Southwest records for HUNTER, 9-30-16 | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 200D | Southwest records for JUSTINIANO, 9-30-16 | | | |
| 201 | American Airlines records for Gerald HUNTER and Walter JUSTINIANO | | | |
| 201A | American Airlines records for HUNTER, 10-15-16 | | | |
| 201B | American Airlines records for JUSTINIANO, 10-15-16 | | | |
| 201C | American Airlines records for HUNTER, 12-9-16 | | | |
| 201D | American Airlines records for JUSTINIANO, 12-9-16 | | | |
| 201E | American Airlines records for HUNTER, 4-10-17 | | | |
| 201F | American Airlines records for JUSTINIANO, 4-10-17 | | | |
| 202 | Wells Fargo records of Raina Madison's bank account | | | |
| 202A | Wells Fargo bank application - Raina Madison's account | | | |
| 202B | Wells Fargo bank statement - R. Madison, 9- 17-16 | | | |
| 202C | Wells Fargo bank statement - R. Madison, 2-18-15 | | | |
| 202D | Wells Fargo bank statement - R. Madison, Nov. 2016 | | | |
| 202E | Wells Fargo bank statement - R. Madison, April 2017 | | | |
| 203 | Excel Spreadsheet - SUMMARY exhibit - Airline records | | | |
| 204 | Wells Fargo Deposit records | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|---|---|---|---|---|
| 205 | 2010 Nissan Rogue title | | | |
| 206 | 2014 Nissan Rogue title | | | |
| 207 | Corsia Logistics records | | | |
| 208 | BML Express records | | | |
| 209 | Auto Line Express records | | | |
| 210 | Montway records | | | |
| 211 | Nationwide Shipping records | | | |
| 212 | Fast Car Hauling reords | | | |
| 213 | Golden Empire Express records | | | |
| 214 | Midwest Muscle records | | | |
| 215 | Cars, Inc. records | | | |
| 216 | Q Auto Transport records | | | |
| 217 | Anthony Auto - Certification and Bill of Lading records | | | |
| 218 | Public Storage records | | | |
| 219 | Mayflower Transit LLC records | | | |
| 220 | Allied Van Lines records | | | |

| Exhibit# | Description | Foundation | Offered | Admitted |
|----------|-------------|------------|---------|----------|
| 221 | Excel Spreadsheet - SUMMARY exhibit - Wells Fargo bank records | | | |
| 222 | Demonstrative of R. Madison's Wells Fargo account (9/26/2016 - 10/11/16) | | | |
| 223A | Demonstrative of events - July 2014 | | | |
| 223B | Demonstrative of events - February 2015 | | | |
| 223C | Demonstrative of events - December 2016 | | | |
| 223D | Demonstrative of events - April 2017 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The Government also reserves the right to submit additional exhibits should it become necessary.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney


 s/ Erin O. Granger
ERIN O. GRANGER, #53593MO
STEPHEN R. CASEY, #58879MO
JAMES REDD, #66172MO
Assistant United States Attorneys
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 27, 2021, the foregoing was filed electronically with the

Clerk of the Court to be served by operation of the Court's electronic filing system upon the counsel

of record.  Additionally, a hard copy will be provided to defense counsel in court.

 s/ Erin O. Granger
ERIN O. GRANGER, #53593MO
STEPHEN R. CASEY, #58879MO
JAMES REDD, #66172MO
Assistant United States Attorneys