UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    No. 4:17-CR-00198-JAR |
| | ) |
| GERALD FITZGERALD HUNTER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

This matter came before the Court on this date for a telephone status conference with counsel regarding the Sentencing Hearing.  Due to the ongoing Covid-19 Pandemic, the Court finds it necessary to continue the Sentencing Hearing which is scheduled to take place in person on January 25, 2022.  With the consent of the parties,

**IT IS HEREBY ORDERED** that the Sentencing Hearing is rescheduled for **March 4, 2022 at 1:30 p.m. in Courtroom 12 North.**

Dated this 14th day of January, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE